

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

11/17/2021 01:35 PM

COURTROOM   8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **8:21-bk-02587-CPM** | **13** | **05/18/2021** |

**Chapter 13**

**DEBTOR:**        Avis O&#039;Leary

**DEBTOR ATTY:   Stephen Berlinsky**

**TRUSTEE:        Jon Waage**

**HEARING:**

Continued Confirmation Hearing

**APPEARANCES::**   Jon Waage, Avis O'Leary, Stephen Berlinsky

**RULING:**

Continued Confirmation Hearing

...Confirmed - Order by Trustee...

Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.