In re:                                                                    Case No. 8:21-bk-02587-CPM
                                                                          **Chapter 13**

**Avis G. O'Leary**
_____**Debtor**_____/

## AMENDED EMERGENCY MOTION TO SELL RESIDENCE
### RE:  Personal Property located at 213 Egret Drive, Haines City, Florida consisting of a 1995 Double Wide Manufactured Home FLFLR79A11698BA/ FLFLR79B11698BA

COMES NOW, Debtor, **Avis G. O'Leary**, by and through her undersigned counsel, and request entry of an order authorizing her to sell the Debtor' primary residence located at 213 Egret Drive, Haines City, FL 33844, consisting of a 1995 Double Wide Manufactured Home VIN NUMBERS: FLFLR79A11698BA/ FLFLR79B11698BA and in support states:

1. The Debtor filed this Chapter 13 case in an attempt to satisfy her unsecured creditors. The mortgage to SouthState on the debtors residence was current and was being outside of the confirmed Chapter 13 plan.

2. The debtor was current on her car loan to Bank of America, NA (claim 2-1) which is being paid outside the plan; and was current on her rec vehicle loan to Performance Finance (claim 6-1) which is being paid outside the plan.  Both of these secured loans will continue to be paid by the debtor after the closing.

3. The Debtor has decided that it is in her interest to sell her residence to Raul Eduardo Binimelis, who is an arms length buyer -and is not a friend or relative of the debtor, for the price of $100,000.00 pursuant to the attached AS IS RESIDENTIAL CONTRACT FOR SALE AND PURCHASE DATED October 7, 2022, hereafter referred to as Exhibit A.

   a.   The property is described as: Double Wide 1995 Barr Manufactured home registered with the Florida Department of Motor Vehicles with VIN Numbers of: FLFLR79A11698BA/ FLFLR79B11698BA

   b.  The property is to be closed by: Sunset Home Sales, LLC , P O Box 7155, Lakeland, Florida 33807.  Sunset Home Sales, LLC is the realtor and closing agent since no real property is involve.

   c.  The Closing agent will satisfy the SouthState mortgage directly (which was outside the Chapter 13 Plan).  The funds to be paid to the Chapter 13 Trustee to payoff the chapter 13 plan by the closing agent.

WHEREFORE, Debtors Pray the Court enter an order authorizing the sale of said property under the terms set forth above and further relief as this Court deems just and proper.

Respectfully submitted,

/s/STEPHEN J. BERLINSKY
Stephen J. Berlinsky
The Berlinsky Law Firm, PA
FBN: 117421
501 Avenue S, NW
Winter Haven City, FL 33881
Telephone: (863) 409-7961
Fax: (866) 561-4996
Email: SJB.winterhaven@gmail.com
Attorney for Debtors

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via electronic transmission or U.S. First Class Mail postage pre-paid to SouthState Bank, N.A. 1101 First Street South, Winter Haven, Fl 33880 and the parties on the on the attached matrix this 14th day of October, 2022

/s/STEPHEN J. BERLINSKY
Stephen J. Berlinsky
The Berlinsky Law Firm, PA
FBN: 117421
501 Avenue S, NW
Winter Haven City, FL 33881
Telephone: (863) 409-7961
Fax: (866) 561-4996
Email: SJB.winterhaven@gmail.com
Attorney for Debtors

Label Matrix for local noticing
113A-8
Case 8:21-bk-02587-CPM
Middle District of Florida
Tampa
Tue Oct 11 04:41:13 EDT 2022

Avis G O'Leary
223 Egret Dr.
Haines City, FL 33844-2358

PRA  Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

Bank of America
Attn: Bankruptcy
Nc4-105-03-14 Po Box 26012
Greensboro, NC 27420

(p)BANK OF AMERICA
PO BOX 982238
El Paso TX 79998-2238

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Bank of America, N.A.
PO BOX 31785
Tampa, FL 33631-3785

Blue Heron Bay
36345 Highway 27
Haines City, FL 33844-2359

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0285

Cb/comenit
Attn: Bankruptcy
Po Box 182789
Columbus, OH 43218-2789

Cbna
Po Box 6497
Sioux Falls, SD 57117-6497

Centerstate Bank, N.a.
P O Box 1050
Lake Wales, FL 33859-1050

Comenity Bank/Blair
Attn: Bankruptcy
Po Box 182125columbus
Columbus, OH 43218

Comenity Bank/beallsol
Attn: Bankruptcy
Po Box 182125columbus
Columbus, OH 43218

Comenitybank/onestop
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218-2125

Comenitycapital/goodsa
Attn:  Bankruptcy Dept
Po Box 182125
Columbus, OH 43218-2125

Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH  43054-3025

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054-3025

Gs Bank Usa
Attn: Bankruptcy
Lockbox 6112 PO Box 7247
Philadelphia, PA 19170-0001

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

LendingPoint LLC.
1201 Roberts Blvd
Suite 200
Kennesaw, GA 30144-3612

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731-3251

Performance Finance
1515 W 22nd Street
Oak Brook, IL 60523-2007

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

DUPLICATE
DUPLICATE
DUPLICATE

```
Quantum3 Group LLC as agent for          Quantum3 Group LLC as agent for          Regions Bankcard
Comenity Capital Bank                     Sadino Funding LLC                       Attn: Bankruptcy
PO Box 788                                PO Box 788                               2050 Parkway Office Circle
Kirkland, WA  98083-0788                  Kirkland, WA  98083-0788                 Hoover, AL 35244-1805


Syncb/PPC                                 Syncb/zulily                             Synchrony Bank
Attn: Bankruptcy                          Attn: Bankruptcy                         c/o PRA Receivables Management, LLC
Po Box 965060                             Po Box 965060                            PO Box 41021
Orlando, FL 32896-5060                    Orlando, FL 32896-5060                   Norfolk VA 23541-1021


Synchrony Bank/Amazon                     Synchrony Bank/QVC                       Synchrony Bank/Sams
Attn: Bankruptcy                          Attn:  Bankruptcy Dept                   Attn: Bankruptcy
Po Box 965060                             Po Box 965060                            Po Box 965060
Orlando, FL 32896-5060                    Orlando, FL 32896-5060                   Orlando, FL 32896-5060


Synchrony Bank/Sams Club                                                           Wayfinder BK as agent for Performance Financ
Attn:  Bankruptcy Dept                                                             PO Box 64090
Po Box 965060                                                                      Tucson, AZ 85728-4090
Orlando, FL 32896-5060


United States Trustee - TPA7/13 7+        Jon Waage +                              Stephen J Berlinsky +
Timberlake Annex, Suite 1200              P O Box 25001                            The Berlinsky Law Firm, PA
501 E Polk Street                         Bradenton, FL 34206-5001                 501 Avenue S, N.W.
Tampa, FL 33602-3949                                                               Winter Haven, FL 33881


Note: Entries with a '+' at the end of the
name have an email address on file in CMECF
```

e = electronic notice by email or CMECF

EXHIBIT     A

# Sunset Home Sales LLC Purchase and Sale Agreement

Date of contract: 10/7/2021 _____ Sunset Home Sales LLC has received the sum of $ 1,000 _____
as deposit/earnest money to be applied to the purchase price set forth herein.

From Buyer(s): Raul Eduardo Binimelis

Current Address: 411 Flagler Ave, Winter Garden FL 34787 Homewood Suites

Phone: 386-957-9011    eMail: rbinim@yahoo.com

| VIN# FLFLR79A11698BA / FLFLR79B11698BA | | Year 1995 | Make BARR |
|---|---|---|---|
| Address 213 Egret Dr. | | Bedrooms 2 | Baths 2 |
| City Haines City | | State FL | Zip 33844 |
| Park Blue Heron Bay | | Lot # | Size 59.28 |

| | | |
|---|---|---|
| **Price of Home** | $ 100,000 | |
| Administration Fee | $ 395.00 | |
| **SUB TOTAL** | $ 100,355 | |
| State of FL **Sales Tax** (subtotal x 6%) | $ 6,023.70 | |
| County Tax County: Polk | $ 50 | |
| **Tag & Title Fees** (excess fees will be refunded to Buyer) | $ 375 | |
| **TOTAL COST OF HOME** | $ 106,843.70 | |
| **Deposit Credit** | $ 1,000.00 | |
| **BALANCE DUE** (Cashier's Check or Bank Wire) | $ 105,843.70 | |
| **Date of Intended Closing** | 10-28-22 | |
| **Date of Actual Closing** | | |
| **All Checks Payable to:** | Sunset Home Sales | |

1. This contract is subject to **PARK APPROVAL** of buyer(s) application prior to closing. The non-refundable park application fee of $ TBD Park Offici is to be paid by buyer. Buyer knows and agrees that Park Application and all required supporting documentation is to be submitted to the park by 5:00p.m. on this date: 10/14/22 _____.

2. **LOT RENT** IS TO BEGIN ON: At Closing _____ (if left blank Lot Rent shall begin on day of closing). Lot rent proration checks will be made payable to SUNSET HOME SALES and included in the balance due. SHS will pay Seller.

3. Sunset Home Sales shall hold the **deposit** in its business account until closing. Buyer shall be entitled to the deposit upon the: (1) failure of the parties to enter into a binding agreement. (2) failure of any contingency or condition to which this agreement is subject; (3) termination of the agreement due to the default of the Seller. Should buyer fail to perform any part of their obligation herein this contract is terminated & buyer shall forfeit any & all deposits, in addition to any attorney fees necessary to collect the same.

☐ This sale **IS** subject to financing. Lender: _____

☑ This sale is **NOT** subject to financing. (Cashiers Check or Bank Wire payable to Sunset Home Sales)

Additional Terms and Conditions: This is a cash offer. after we recieve park approval and it has been approved buyers are ok with release the $1,000. to seller. Seller to have new roof due to H. Ian.

All listing information is deemed reliable but not guaranteed and should be independently verified through personal inspections by appropriate professionals. Sunset Home Sales LLC cannot guarantee or warrant the accuracy of any information or condition of this or any property. **The buyer assumes full responsibility for verifying and transferring any warranties, obtaining all current and future lot rents, fees, and pass-through taxes or other costs associated with the community the home is located in. Additionally, the buyer is responsible to obtain all rules, regulations, property condition requirements, age policies, pet policies, etc. associated with the community, park, or home from the community/park manager. Sunset Home Sales is not responsible for quoting of said fees or policies.**

## Buyer and seller have read and understand the above.

Buyer Initial x _____ x _____    Seller Initial x _____ x _____    Page 1 of 2 v7

10/07/22 5:16 PM EDT dotloop verified

Sales Agent: Chrissy Walter    Mobile: 863-450-9601    Sunset123.com 813-215-0080 FL DVHSMV Lic#: BH/1078836/1

# Sunset Home Sales LLS Purchase and Sale Agreement Page 2

Address: _213 Egret A. Haines City FL_

This agreement constitutes the sole and entire agreement between all parties, supersedes all prior written and/or verbal agreements and shall be binding upon the parties and their successors, heirs, and permitted assigns. No representation, promise, or inducement not included in this Agreement shall be binding upon any party hereto. TITLE OF SAID MOBILE HOME WILL REMAIN IN THE NAME OF THE SELLER UNTIL AGREED UPON PURCHASE PRICE IS PAID IN FULL (unless owner financed). **SELLER TO DELIVER THE HOME FREE AND CLEAR OF ANY AND ALL LIENS AND ENCUMBRANCES WITHOUT LIMITATION.** Buyer(s) understand that they are purchasing the pre-owned mobile/manufactured home described above in "AS-IS" condition with all faults. All parties know and understand that there are no verbal or written warranties expressed or implied. SUNSET HOME SALES LLC makes no warranties or guarantees as to the structure purchased or the condition thereof. Buyer has the sole responsibility to verify that the property is in satisfactory condition and that all furnishings and included equipment are on the premises prior to taking possession of the home.

## Buyer(s) acknowledge that they have been advised to obtain a physical home inspection by a state certified home inspector at an additional cost. Note: a 4-point inspection is often required when obtaining homeowners insurance. Full home inspections are also available. Buyer assumes full responsibility for choosing inspector, scheduling inspection, type of inspection completed, and paying for inspection.

*Sunset Home Sales LLC and its agents do not recommend Inspectors.*

## ***BUYER TO SELECT ONE OPTION BELOW***

Buyer(s) Initial

**A. NO INSPECTION**: Buyer(s) decline the optional home inspection and assume the purchase "AS-IS" with all faults and without recourse or claim against SUNSET HOME SALES LLC, the licensed broker of record and its agents and assigns.

**OR**

Buyer(s) Initial

**B. Inspection**: Buyer(s) elect to have inspection of their desire at their cost by a home inspector of their choosing. The inspection contingency will be removed on or before 8:00pm on this date:_____ (if blank, then 7 days after the date this contract was written). *A copy of the home inspections report shall be provided to Sunset Home Sales LLC.* Seller shall cause all utilities, systems, and equipment to be operational so that the buyer many complete all inspections. It is understood and agreed that the purchase agreement for the home referenced above is contingent upon review and acceptance of the written home inspection. We further acknowledge that the inspection is for informational purposes only and that the seller and/or Sunset Home Sales LLC is under no obligation to repair any defects found. *If buyer determines, in buyers' sole discretion, that the property is not acceptable to buyer, buyer may terminate this contract by delivering written notice of such election to Sunset Home Sales LLC prior to the expiration of the Inspection Period.* If buyer timely terminates this contract, the deposit paid shall be refunded to buyer, thereupon, both buyer and seller shall be released of all further obligations under this contract.

The above terms are agreed to and accepted. Buyer to receive a copy of this agreement upon signing.

Home Information Sheet attached. Other attachments: _____

Buyer Sign: _____ Buyer Print: _Raul Binivelis_ Date: _Oct 7 2022_

Buyer Sign: _____ Buyer Print: _____ Date: _____

Seller Sign: *AVIS GEORGEANNE O'LEARY*
dotloop verified
10/07/22 5:16 PM EDT
Y8B9-TN4Z-LOOB-Y3VM
Seller Print: AVIS GEORGEANNE O'LEARY Date: WITH E-SIGN

Seller Sign: _____ Seller Print: _____ Date: _____

Sales Agent: _Chris E Walter_ Sales Agent Phone: _863-450-9601_

**Sales Agent email:** _____chrissy_____@SunsetHomeSales.com Sunset Home Sales LLC
**Office:** 813-215-0080 Fax: 321-285-8595 info@sunsethomesales.com FL DHSMV Lic#: BH/1078836/1. Vendor lists are provided as a courtesy and are for informational purposes only. White=Office, Yellow=Seller, Pink=Buyer