ORDERED.

Dated: October 21, 2022

*Catherine M^cEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

In re:   Case No. 8:21-bk-02587-CPM
  Chapter 13

Avis G. O'Leary
__Debtor_____/

**AGREED ORDER GRANTING DEBTOR'S**
**EMERGENCY MOTION TO SELL PROPERTY**
**DESCRIBED AS** 1995 Double Wide Manufactured Home
FLFLR79A11698BA/ FLFLR79B11698BA **(DOC. NO. 30)**

THIS CASE came before the Court without hearing upon agreement with the Chapter 13

CHAPTER 13 Trustee to Grant the Emergency Motion to Sell Property Describes as 1995

Double Wide Manufactured Home FLFLR79A11698BA/ FLFLR79B11698BA (DOC. NO. 30),

and the Court, being otherwise duly advised in the premises, finds that the relief is appropriate.

Accordingly, it is

**ORDERED:**

1. The Debtor's the Emergency Motion to Sell Property Describes as 1995

Double Wide Manufactured Home FLFLR79A11698BA/ FLFLR79B11698BA (DOC. NO. 30) is Granted as provided herein.

2. Debtor is authorized to sell the Property Describes as 1995 Double Wide Manufactured Home FLFLR79A11698BA/ FLFLR79B11698BA on or before October 28, 2022, to Raul Eduardo Binimelis, for the price of one hundred thousand dollars ($100,000.00).

3 The Closing agent will satisfy the SouthState mortgage directly (which was outside the Chapter 13 Plan).

4 The debtors may contact the Chapter 13 Trustee in writing to get a written payoff.

5 The hearing set for October 24, 2022 at 1:30pm is cancelled.

Attorney Stephen J. Berlinsky is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.